UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-13009 [CA] # 06-10127 ML

2. Title of Bankruptcy Case
Brushy Brook Development Company, LLC

3. **Appellant:** Brushy Brook Development Company, LLC
Name & Address of Counsel for Appellant(s):

| | |
|---|---|
| Theodore Orson, Esq. | Akhil M. Patel, Esq. |
| Orson & Brusini Ltd. | Thompson Hine LLP |
| 55 Dorrance Street, Ste. 400 | 10 West Broad Street |
| Providence, RI 02903 | Columbus, OH 43215 |

4. **Appellees:** Charles Fogarty, Intergolf Designes, Inc, James Ottenbacher
Name & Address of Counsel for Appellee(s):
John Boyajian, Esq.
182 Waterman Street
Providence, RI 02906

5. Additional Counsel: Charles Pisaturo, Esq., (Ch.7 Trustee), Law Offices of Charles A. Pisaturo Jr., 1055 Elmwood Avenue, Providence, RI 02907-2817

Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551

6. Related Appeals: Yes X No

7. Special Comments:
There are two other appeals pending on related issues in this case - CA 06-128 ML and CA 06-129 ML