FILED MAR 13 '06 14:47 USBCRI

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Brushy Brook Development Company, LLC | : | Case No. 05-13009 |
| | : | |
| | : | |
| Debtor | : | |

## NOTICE OF APPEAL

Brushy Brook Development Company, LLC ("Brushy Brook"), the above-captioned debtor, appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Rhode Island, from the following judgment, order, and decree, of the bankruptcy judge:

1. Order Denying Alleged Debtor's Motion For Partial Summary Judgment entered January 26, 2006, (Docket No. 84) (copy attached as Exhibit A).

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:



119

| Appellant | Counsel |
|---|---|
| Brushy Brook Development Company, LLC<br><br>Debtor | Theodore Orson<br>Stephen J. Brouillard<br>Orson and Brusini Ltd.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903<br>(401) 223-2100<br>Torson@orsonandbrusini.com |

| Appellee | Counsel |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br><br>Former Petitioning Creditors | John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com |

| Interested Parties | Counsel |
|---|---|
| Flash Island, Inc. | Peter J. Furness<br>Brennan, Recupero, Cascione,<br>Scungio & McAllister<br>362 Broadway<br>Providence, RI 02909<br>(401) 454-2300 |
| Boulder Brook Development Company, LLC | Thomas E. Carlotto<br>SHECHTMAN HALPERIN SAVAGE, LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 phone<br>(401) 272-1403 fax |
| U.S. Trustee | Leonard DePasquale<br>US Trustee's Office<br>Room 910<br>10 Dorrance Street<br>Providence, RI 02903<br>(401) 528-5551 |
| Chapter 7 Trustee | Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817<br>(401) 274-3800 |

Dated: March 13, 2006

Respectfully submitted,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax
Torson@orsonandbrusini.com

*Attorneys for Appellant Brushy Brook Development Company, LLC, Debtor*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of March, 2006, a copy of the foregoing *Notice of Appeal* was served upon those parties listed on the General Service List below by regular U.S. Mail, postage prepaid.

**GENERAL SERVICE LIST AS OF MARCH 13, 2006**

| | |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br>Attn: John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Flash Island, Inc.<br>Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Chapter 7 Trustee<br>Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Ralph Palumbo<br>Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | |

Docket
RECEIVED JAN 3 0 2006

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - -x

In re: :

BRUSHY BROOK DEVELOPMENT COMPANY, LLC: BK No. 05-13009
Alleged Debtor Chapter 7 Inv.

- - - - - - - - - - - - - - - - - - - -x

**ORDER DENYING ALLEGED DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

APPEARANCES:

Theodore Orson, Esq.
Attorney for Alleged Debtor
ORSON AND BRUSINI LTD.
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

John Boyajian, Esq.
Attorney for Petitioning Creditors
BOYAJIAN HARRINGTON & RICHARDSON
182 Waterman Street
Providence, Rhode Island 02906

BEFORE ARTHUR N. VOTOLATO, United States Bankruptcy Judge

**Exhibit A**

BK No. 05-13009

Heard on January 25, 2006, on the sole legal question of whether an insider can be a petitioning creditor under 11 U.S.C. § 303(b)(2) when the alleged debtor has fewer than twelve creditors. For the reasons argued by the Petitioning Creditors in their brief, Doc. #80, and made on the record during oral argument, which I adopt and incorporate herein by reference, I answer the question in the affirmative, and rule that an insider may be a petitioning creditor when the alleged debtor has fewer than twelve creditors.[1] Accordingly, the Alleged Debtor's "Motion for Partial Summary Judgment" is DENIED.

Dated at Providence, Rhode Island this 26th day of January, 2006.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 1/26/2006

---

[1] In addition to our ruling based on the petitioning creditors' arguments, I also disagree with the Alleged Debtor's interpretation of the statute, that Congress intended that the transferee of an avoidable transfer be excluded as a petitioning creditor in cases where there are fewer than twelve creditors. It would be difficult to imagine an instance where such a transferee would ever aspire to being a petitioning creditor in an involuntary bankruptcy, and therefore, conclude that Congress did not intend to provide the exclusion proposed by the Alleged Debtor.



051601 12717051705013