UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| Stone Ridge, Inc.<br>Debtor(s) | : | BK No. 06-10590<br>Chapter 7 |

**ORDER FOR RELIEF**

Upon consideration of the involuntary petition filed on June 20, 2006, against the above-named debtor, and without an answer having been filed thereto, an order for relief under chapter 7 of Title 11 of the United States Code is hereby GRANTED. The Clerk shall enter the order for relief forthwith.

ORDER:

Deputy Clerk

Entered on Docket: 7/14/06

ENTER:

Arthur N. Votolato
U.S. Bankrupty Judge
Date: 7/14/06