**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:

Stone Ridge, Inc. BK No. 06-10590
Chapter 7

**CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND**

Pursuant to 11 U.S.C. Section 701(a)(1) Charles A. Pisaturo, Jr., is hereby appointed as interim trustee in the above-referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is in the amount of $150,000. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $2,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five(5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. Section 702(d).

Phoebe Morse
United States Trustee
Region 1

/s/ Leonard J. De Pasquale

Dated: July 14, 2006

Leonard J. De Pasquale, AUST
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, RI 02903
(401) 528-5551

Original filed with Bankruptcy Court
Copy to: Charles A. Pisaturo, Jr.

---

**REJECTION**

I, Charles A. Pisaturo, Jr., hereby reject appointment as Trustee.

DATED: This _____ day of __________________, 2006.

______________________________
Trustee