FILED JUL 05 '06 14:54 USBCRI

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Brushy Brook Development Company, LLC | : | Case No. 05-13009 |
| | : | |
| Debtor | : | |

**MEMORANDUM OF LAW IN SUPPORT OF BRUSHY BROOK DEVELOPMENT COMPANY'S LIMITED OBJECTION TO PETITIONING CREDITORS' MOTION TO ENFORCE AUTOMATIC STAY**

In their Motion to Enforce Automatic Stay (the "Motion to Enforce"), the Petitioning Creditors argued that "further prosecution of the pending appeal without first obtaining relief to do so from this Court violates the automatic stay imposed by the filing of the involuntary petition against Stone Ridge pursuant to §§ 303 and 362 of the Code." The Petitioning Creditors reasoned that because Brushy Brook Development Company, LLC ("Brushy Brook") is part of Stone Ridge's bankruptcy estate, Brushy Brook Management Company, LLC no longer has the authority to prosecute the pending appeal.

Brushy Brook does not agree with the Petitioning Creditors' reasoning and the Motion to Enforce should be denied. However, Brushy Brook will consent to the relief sought by the Petitioning Creditors and will not prosecute the appeal of the Order for Relief on the following terms:

(1) Brushy Brook will be allowed to seek relief from stay to prosecute the appeal if Brushy Brook deems appropriate at a later date.

(2) All applicable statute of limitations are stayed.

Brushy Brook additionally requests that this Court allow Brushy Brook to file in the District Court a notice of Stone Ridge, Inc. involuntary bankruptcy filing.

WHEREFORE, Brushy Brook requests that this Court deny the Petitioning Creditors' Motion to Enforce and enter an order as requested by Brushy Brook.

Dated: July 5, 2006

Providence, Rhode Island

Respectfully submitted,

/s/Akhil M. Patel
Akhil M. Patel. Esq.
Admitted *Pro Hac Vice*
THOMPSON HINE LLP
10 West Broad Street
Columbus, OH 43215
Akhil.Patel@Thompsonhine.com
(614) 469-3200

and

Theodore Orson, Esq.
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-0344
Torson@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of July, 2006, a copy of the foregoing the within document was served upon those parties indicated below by regular U.S. Mail, postage prepaid.

/s/Akhil M. Patel

| | |
|---|---|
| John Boyajian, Esq.<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Charles A. Pisaturo, Jr., Chapter 7 Trustee<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Vincent Indeglia, Esq.<br>Indeglia & Associates<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | Matthew McGowen, Esq.<br>Salter McGowan Sylvia & Leonard, Inc.<br>321 South Main Street, Suite 301<br>Providence, RI 02903 |
| Akhil Patel, Esq.<br>Thompson Hine, LLP<br>10 West Broad Street, Suite 700<br>Columbus, Ohio 43215-3435 | |