**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
AUG 09 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **BRUSHY BROOK DEVELOPMENT COMPANY, LLC,** | ) | |
| **Appellant,** | ) | **Case No. 06-127ML** |
| **v.** | ) | |
| **INTERGOLF DESIGNS, INC., ET AL,** | ) | |
| **Appellees.** | ) | |

## ORDER

The above listed bankruptcy case is on appeal to this Court. The matter is before the Court on *Brushy Brook Development Company's Motion to Stay Prosecution of Appeal Or, In the Alternative, For Extension of Time* ("Motion"). Having reviewed the Motion and in consideration thereof, it is hereby:

## ORDERED

1. The Motion is GRANTED.

2. This appeal is stayed as of July 31, 2006, the date of the filing of the Motion, and until further Order of this Court or until ten (10) days after Brushy Brook Development Company, LLC obtains leave of the United States Bankruptcy Court, District of Rhode Island, to prosecute this appeal.

3. During the pendency of the stay, all applicable deadlines to file papers with this Court as may be required under this Court's Order dated July 19, 2006, the Federal Rules of Appellate Procedure or otherwise, as well as all statutes of limitation, are and remain tolled.

**SO ORDERED:**

Mary M. Lisi
U.S. District Judge
August 9, 2006

Entered as an Order of this Court on August 9, 2006.

Deputy Clerk

PRESENTED BY:

Theodore Orson #3871
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 *fax*
torson@orsonandbrusini.com