David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

February 16, 2007

TO: Theodore Orson, Esq.
John P. Boyajian, Esq.

RE: Brushy Brook Development/Intergolf Designs, Inc., et al
CA 06-127ML
CA 06-128ML
CA 06-129ML

Dear Counselors:

Judge Lisi is requesting a written status report relative to the above-captioned cases. Kindly submit a written status report by **March 9, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk

Two Exchange Terrace • John O. Pastore Building • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247