IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,

v. Case No. 06-127ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

STATUS REPORT SUBMITTED BY CHARLES A. PISATURO, JR.
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR
BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

Charles A. Pisaturo, Jr., the duly appointed chapter 7 bankruptcy trustee in the bankruptcy case of Brushy Brook Development Company, L.L.C.., (hereinafter, "Brushy Brook") BK. No. 05-13009, United States Bankruptcy Court for the District of Rhode Island, hereby submits a status report in accordance with this Court's February 16, 2007 letter request for same.

1. The United States Bankruptcy Court for the District of Rhode Island, Bankruptcy Judge Arthur Votolato, stated on July 21, 2006 that the chapter 7 trustee is in full control of Brushy Brook.

2. Stone Ridge, Inc. is a Rhode Island business corporation and the parent corporation of Brushy Brook (i.e., Stone Ridge is the sole member of Brushy Brook).

3. On June 20, 2006, an involuntary bankruptcy petition for relief under chapter 7 was filed against Stone Ridge in the United States Bankruptcy Court for the District of Rhode Island, and on July 14, 2006, an order for relief entered against Stone Ridge. On July 20, 2006, the Bankruptcy Court appointed Charles A. Pisaturo, Jr. (the "Trustee") as chapter 7 trustee of Stone

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,
v. Case No. 06-129ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees
Trustee's Status Report

Ridge.

4. On November 14, 2006, and only out of an abundance of caution, the Trustee filed a motion in the Stone Ridge bankruptcy case, requesting permission to use property of Stone Ridge (i.e., its 100% ownership of Brushy Brook) to effectuate the dismissal of the appeal. The Bankruptcy Court granted the Trustee's motion to use the property of Stone Ridge.

5. It is the Trustee's position that the appeals (i.e., 06-cv-00127-ML-LDA; 06-cv-00128-ML-LDA; and 06-cv-00129-ML-LDA) should be dismissed. The Trustee will file appropriate documents to dismiss the appeal.

Charles A Pisaturo, Jr.
Chapter 7 Trustee in Bankruptcy For
Brushy Brook Development Company, L.L.C.
By His Attorneys,

March 9, 2007

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,
v. Case No. 06-129ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees
Trustee's Status Report

**CERTIFICATE OF SERVICE**

Leonard J. DePasquale, Esq. (ECF)
Assistant United States Trustee
United States Trustee's Office
10 Dorrance Street Suite 910
Providence, RI 02903
leonard.j.depasquale@usdoj.gov

John Boyajian, Esq. (ECF)
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
john@bhrlaw.com

Matthew J. McGowan, Esq. (ECF)
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, RI 02906
mmcgowan@smsllaw.com

Peter J. Furness, Esq. (ECF)
Brennan Recupero Cascione et al.
362 Broadway
Providence, RI 02909
pjf@brcm.com

Thomas E. Carlotto, Esq. (ECF)
Shechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860
tec@shlawri.com

Theodore Orson, Esq.
Orson & Brusini Ltd.
55 Dorrance Street Suite 400

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,
v. Case No. 06-129ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees
Trustee's Status Report

Providence, RI 02903
torson@orsonandbrusini.com

Akhil M. Patel, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, OH 43215
Akhil.Patel@thompsonhine.com

Akhil M. Patel, Esq.
akhpatel@yahoo.com
6273 Parkmeadow Lane
Hilliard, Ohio 43026

Vincent Indeglia, Esq.
Indeglia & Associates
1485 So. County Trail, Suite 200
East Greenwich, Rhode Island 02818
Vaindeglia@aol.com

I hereby certify that on the 9TH day of March, 2007, I served by electronic filing (ECF), and /or by first class mail, postage pre-paid, a true copy of the within STATUS REPORT to the above named.

/s/Patrice A. Moone
Patrice A. Moone