IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MOTION TO DISMISS APPEALS FILED BY CHARLES A. PISATURO, JR.
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT
BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

Charles A. Pisaturo, Jr., the duly appointed chapter 7 bankruptcy trustee (hereinafter, the "Trustee") in the bankruptcy case of Brushy Brook Development Company, L.L.C.., (hereinafter, "Brushy Brook") BK. No. 05-13009, United States Bankruptcy Court for the District of Rhode Island, hereby moves that this Court dismiss the appellant's appeals (captioned in this Court as 06-cv-00127-ML-LDA; 06-cv-00128-ML-LDA; and 06-cv-00129-ML-LDA) pursuant to Federal Bankruptcy Rule of Procedure 8001(c)(2). In support hereof, the Trustee refers to his memorandum filed contemporaneously herewith.

Oral Argument requested only in the event objection is filed.

WHEREFORE, the Trustee requests that this Court dismiss the above appeals, and for such other and further relief as is just.

Charles A Pisaturo, Jr.
Chapter 7 Trustee in Bankruptcy For
Brushy Brook Development Company, L.L.C.
By His Attorneys,

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR.
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT
BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

April 25, 2007

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-6786

**CERTIFICATE OF SERVICE**

Leonard J. DePasquale, Esq. (ECF)
Assistant United States Trustee
leonard.j.depasquale@usdoj.gov

John Boyajian, Esq. (ECF)
Boyajian Harrington & Richardson
john@bhrlaw.com

Matthew J. McGowan, Esq. (ECF)
Salter McGowan Sylvia & Leonard
mmcgowan@smsllaw.com

Peter J. Furness, Esq. (ECF)
Brennan Recupero Cascione et al.
pjf@brcm.com

Thomas E. Carlotto, Esq. (ECF)
Shechtman Halperin Savage

BRUSHY BROOK DEVELOPMENT COMPANY, LLC,
Appellant,

v. Case No. 06-127 ML
06-128 ML
06-129 ML

INTERGOLF DESIGNS, INC., ET AL.,

Appellees

MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR.
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT
BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C.

tec@shlawri.com

Theodore Orson, Esq.
Orson & Brusini Ltd.
torson@orsonandbrusini.com

Jerry Vande Werken, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, OH 43215
Jerry.VandeWerken@ThompsonHine.com

Akhil M. Patel, Esq.
6273 Parkmeadow Lane
Hilliard, Ohio 43026
akhpatel@yahoo.com

Vincent Indeglia, Esq.
Indeglia & Associates
Vaindeglia@aol.com

I hereby certify that on the 25TH day of April, 2007, I served by electronic filing (ECF), and /or by first class mail, postage pre-paid, a true copy of the within MOTION TO DISMISS APPEALS BY CHARLES A. PISATURO, JR. IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR APPELLANT BRUSHY BROOK DEVELOPMENT COMPANY, L.L.C. to the above named.

/s/ Charles A. Pisaturo, Jr.

Charles A. Pisaturo, Jr.

c:\clients\2947 trustee\brushy brook 2947.114\Brushy Brook Appeal\Mot Dis 4-25-07.wpd